IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAMON L. HERRIN, INDIVIDUALLY, AND AS THE INDPENDENT EXECUTOR OF THE ESTATE OF BARBARA A. HERRIN, DECEASED, § § § § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 5:23-cv-985 |
| MSR ASSET VEHICLE LLC and PHH MORTGAGE CORPORATION, § § § § | |
| Defendants. § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446(a), Defendants MSR Asset Vehicle LLC and PHH Mortgage Corporation ("Defendants") file this notice of the removal of this action from the 57th Judicial District Court for Bexar County, Texas. Defendants submit this Notice in support of their removal. Removal is based on federal question jurisdiction as Plaintiff's claims raise significant questions of federal law. Defendants respectfully show as follows:

### INTRODUCTION

1. On or about July 28, 2023, Plaintiff filed his *Plaintiff's Original Verified Petition for Trespass to Try Title and Application for Temporary Restraining Order and Temporary Injunction* (the "Petition"), bearing Cause No. 2023CI15155 and styled *Damon L. Herrin, individually, and as Co-Independent Executor of the Estate of Barbara A. Herrin, Deceased v. MSR Asset Vehicle, LLC and PHH Mortgage Corporation, its/their successors and/or assigns,* in the 57th Judicial District of Bexar County, Texas (the "State Court Action"). A true and correct copy of the Docket Sheet from the State Court Action is attached hereto as **Exhibit A**. In accordance with 28 U.S.C. Section 1446(a), copies of all process, pleadings, and orders served in

the State Court Action, including the Petition, are attached hereto within the contents of **Exhibit B.**

2.  The allegations in the Petition relate to a deed of trust and foreclosure proceedings on Plaintiff's real property located at 702 Patricia, San Antonio, Texas 78216 (the "Property"). (*See* Petition at ¶ 9). In the Petition, Plaintiff alleges that PHH failed to provide him with the option to assume his deceased mother's mortgage loan, that Defendants failed to provide him notice of the August 1, 2023 foreclosure sale, and that Defendants failed to provide him with an amount to pay off the loan. (*Id.* at ¶¶ 10-25.) For these alleged wrongs, Plaintiff asserts causes of action for: (1) breach of contract; (2) trespass to try title to real property; (3) violations of the Real Estate Settlement and Procedures Act ("RESPA") and Regulation X; and (4) violations of the Texas Debt Collections Act ("TDCA"). (*Id.* at ¶¶ 26-50.) Plaintiff seeks a temporary restraining order and seeks exemplary damages, attorney fees, pre-judgment and post judgment interest, and cost of suit. (*Id*. at Prayer.)

3.  This Notice of Removal is timely because thirty (30) days have not expired since the case was initially filed, making removal proper in accordance with 28 U.S.C. Section 1446(b).

4.  This action is removable to federal court pursuant to 28 U.S.C. Section 1441 because it could have been filed originally in this Court pursuant to federal question jurisdiction conferred by 28 U.S.C. Section 1331.

## **BASIS FOR REMOVAL – FEDERAL QUESTION**

5.  This action arises under and presents substantial questions of federal law. Specifically, Plaintiff alleges that Defendants' actions violated numerous sections under RESPA and the Code of Federal Regulations, and he seeks to recover under 12 U.S.C. § 2605(f). (Petition at ¶¶ 41-46.)

6. Because this action arises under the laws of the United States, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Section 1331, and removal of this entire cause is therefore proper under 28 U.S.C Section 1441(c). The Court has supplemental jurisdiction over Plaintiff's state law claims. 28 U.S.C. § 1367.

## VENUE

7. Venue for removal is proper in this district and division, the United States District Court for the Western District of Texas, San Antonio Division, under 28 U.S.C. Section 1441(a) because this district and division embrace the 57th Judicial District Court for Bexar County, Texas, the forum in which the removed action was pending.

## NOTICE

8. Pursuant to 28 U.S.C. Section 1446(d), a copy of this Notice is being filed with the Clerk of Court for 57th Judicial District Court for Bexar County, Texas.

9. The contents of Exhibit B constitute the entire file of Cause 2023CI15155 in the 57th Judicial District Court for Bexar County, Texas.

## CONCLUSION

For the reasons described above, Defendants respectfully request that this Court take jurisdiction over this matter and proceed as if it had been originally filed herein.

        Respectfully submitted,

By:   */s/ Mark D. Cronenwett*
     **MARK D. CRONENWETT**
     Texas Bar No. 00787303
     mcronenwett@mwzmlaw.com

     **MACKIE WOLF ZIENTZ & MANN, P. C.**
     14160 North Dallas Parkway, Suite 900
     Dallas, TX 75254
     Telephone: (214) 635-2650
     Facsimile: (214) 635-2686

     **ATTORNEYS FOR DEFENDANTS**

## List of all Counsel of Record

For Plaintiff Damon L. Herrin:

John G. Helstowski
Texas Bar No. 24078653
jgh@jghfirm.com
J. Gannon Helstowski Law Firm
5209 Heritage Avenue, Suite 510
Colleyville, Texas 76034
(817) 382-3125
(817) 382-1799 (Fax)


For Defendants MSR Asset Vehicle, LLC and PHH Mortgage Corporation:
Mark D. Cronenwett
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com
Mackie Wolf Zientz & Mann, P. C.
14160 North Dallas Parkway
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)

## INDEX OF DOCUMENTS ATTACHED

Exhibit A    Copy of the Docket Sheet for Cause No. 2023CI15155 in the 57th Judicial District Court, Bexar County, Texas;

Exhibit B    Pleadings in Cause No. 2023CI15155 in the 57th Judicial District Court, Bexar County, Texas;

     B-1    Plaintiff's Original Verified Petition for Trespass to Try Title and Application for Temporary Restraining Order and Temporary Injunction, filed July 28, 2023;

     B-2    Certificate of Conference, filed July 28, 2023;

     B-3    Amended Certificate of Conference, filed July 28, 2023;

     B-4    Temporary Restraining Order, entered July 28, 2023; and

     B-5    Request for Service of Process, filed July 31, 2023.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 10, 2023, a true and correct copy of the foregoing document was delivered in the method indicated below to all counsel of record listed below:

**Via U.S. Mail:**
John G. Helstowski
jgh@jghfirm.com
J. Gannon Helstowski Law Firm
5209 Heritage Avenue, Suite 510
Colleyville, Texas 76034
*Attorney for Plaintiff*

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**