AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Damon L. Herrin, et.al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA:23-CV-985-OLG |
| MSR Asset Vehicle LLC, et.al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____.

☑ **other:** The Court ACCEPTS the Magistrate Judge's R&R and, for the reasons set forth therein, this case is DISMISSED for want of prosecution and for failure to comply with a court order. All other pending motions are DISMISSED AS MOOT. This case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Orlando L. Garcia.

Date: 10/8/24

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*